

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | | |
|---|---|---|
| ANGEL RODRIGUEZ, | | No. 08-24-00086-CV |
| Appellant, § | | Appeal from the |
| v. | | 109th District Court |
| JACK KEVIN ARNOLD, JAYME ARNOLD, DAEGAN ARNOLD, JESSICA ARNOLD, ROBERT RICHARDSON & MENET RICHARDSON, § | | of Winkler County, Texas (TC# DC18-17469) |
| Appellees. § | | |
| § | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 15th day of July 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.